USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/30/2020__

**BRAIN INJURY RIGHTS GROUP**
**300 EAST 95th STREET - SUITE**
**NEW YORK, NEW YORK 101**

**VIA ECF**

October 29, 2020

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Mizuta, et al. v. Carranza, et al.**
    **Case No. 20 – cv - 6014 (AT)**

Dear Judge Torres:

    I am counsel for the Parents/Plaintiffs in the above-referenced matter. The purpose of this letter is to request an adjournment of (1) the date to submit a joint status letter and proposed case management plan, currently due October 29, 2020, as well as (2) the date for the initial conference, currently scheduled for November 5, 2020. The summons and complaint were served on Defendants on October 18, 2020, and no notice of appearance or other response has been received on behalf of Defendants. Thus, there has been no discussion by and between counsel to date. Inasmuch as the Defendants' answer is due November 9, 2020, an adjourned date after November 9, 2020, would allow the parties to discuss the matter and prepare the status letter and proposed case management plan.

    Thank you for your consideration of this matter.

GRANTED. The initial pretrial conference scheduled for November 5, 2020, is ADJOURNED to **November 16, 2020**, at **10:40 a.m.** By **November 9, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 30, 2020
       New York, New York

*[signature]*
_____
ANALISA TORRES
United States District Judge