```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NAHOKO MIZUTA and KENTARO MIZUTA, as
Parents and Natural Guardians of Y.M., and
NAHOKO MIZUTA and KENTARO MIZUTA,
Individually,

                            Plaintiffs,

        -against-                                        20 Civ. 6014 (AT)

RICHARD CARRANZA, in his official capacity as            **ORDER**
Chancellor of the New York City Department of
Education, THE NEW YORK CITY
DEPARTMENT OF EDUCATION, and THE
NEW YORK STATE EDUCATION
DEPARTMENT,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020

ANALISA TORRES, District Judge:

Because Defendant New York State Education Department has yet to appear in this action, the initial pretrial conference scheduled for November 16, 2020, is ADJOURNED to **December 16, 2020**, at **11:20 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 11:20 a.m. on December 16, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

Plaintiff is directed to serve Defendant New York State Education Department promptly.

The parties' request to proceed without a case management plan, ECF No. 21 at 3, is DENIED. The parties shall submit their joint letter and proposed case management plan by **December 9, 2020**. ECF No. 4 ¶¶ 4–5. The parties shall model their case management plan in accordance with the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge