```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
NAHOKO MIZUTA and KENTARO MIZUTA,
as Parents and Natural Guardians of Y.M., and
NAHOKO MIZUTA and KENTARO MIZUTA,
Individually,

                                  Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity
as Chancellor of the New York City Department
of Education, THE NEW YORK CITY
DEPARTMENT OF EDUCATION, and THE
NEW YORK STATE EDUCATION
DEPARTMENT,

                                  Defendants.
----------------------------------------------------------

20 Civ. 6014 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the pre-motion letters submitted by Defendants, New York City Department of Education and Richard Carranza, and Plaintiffs. ECF Nos. 25–26. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **January 14, 2021**, Defendants shall file their motion to dismiss;
3. By **February 4, 2021**, Plaintiffs shall file their opposition; and
4. By **February 18, 2021**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: December 10, 2020
       New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge