UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAHOKO MIZUTA and KENTARO MIZUTA, as Parents and Natural Guardians of Y.M., and NAHOKO MIZUTA and KENTARO MIZUTA, Individually,

                Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and THE NEW YORK STATE EDUCATION DEPARTMENT,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2021_

20 Civ. 6014 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for March 3, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 25, 2021
       New York, New York

                                      ANALISA TORRES
                                United States District Judge