```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/20/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAHOKO MIZUTA and KENTARO MIZUTA, as Parents and Natural Guardians of Y.M., and NAHOKO MIZUTA and KENTARO MIZUTA, Individually,

Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and THE NEW YORK STATE EDUCATION DEPARTMENT,

Defendants.

20 Civ. 6014 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions at ECF Nos. 55 and 56. By **October 28, 2021**, the parties are directed to submit a joint status letter updating the Court on the enforcement of the administrative decision of the State Review Officer dated April 5, 2021. The parties shall inform the Court if an appeal was taken and if any funds have been paid out in accordance with the administrative decision by the State Review Officer. The parties shall also update the Court as to their respective stances on the mootness of the pending motions for summary judgment. ECF Nos. 39, 43.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge