```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/9/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAHOKO MIZUTA and KENTARO MIZUTA, as Parents and Natural Guardians of Y.M., and NAHOKO MIZUTA and KENTARO MIZUTA, Individually,

                        Plaintiffs,

-against-

RICHARD CARRANZA, in his official capacity as Chancellor of the New York City Department of Education, THE NEW YORK CITY DEPARTMENT OF EDUCATION, and THE NEW YORK STATE EDUCATION DEPARTMENT,

                        Defendants.

20 Civ. 6014 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' submissions at ECF No. 60.  Accordingly:

1. By **December 1, 2021**, Defendants shall file a brief on mootness not to exceed 10 pages;
2. By **December 15, 2021**, Plaintiffs shall file a response brief on mootness not to exceed 10 pages; and
3. By **December 22, 2021**, Defendants shall file a reply, if any, not to exceed 5 pages.

SO ORDERED.

Dated: November 9, 2021
       New York, New York

                                                     ANALISA TORRES
                                             United States District Judge